# United States Court of Appeals
## For the First Circuit

---

No. 12-2141

UNITED STATES, ex rel. Chinyelu Duxbury,

Relator, Appellant,

v.

ORTHO BIOTECH PRODUCTS, L.P.,

Defendant, Appellee.

---

**ERRATA SHEET**

The opinion of this Court issued on June 12, 2013, is amended as follows:

On page 18, line 6, "entirely consistent the district court's" is amended to read "entirely consistent with the district court's".